UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GOLF TAILOR LLC, an Oklahoma limited liability company,<br><br>        Plaintiff,<br><br> v.<br><br>GOLFBESTBUY INC., a California corporation; KINGSTAR CORPORATION a/k/a DONGGUAN CITY HUANDA SPORTS EQUIPMENT CO. LTD., a Chinese corporation, and JONATHAN H. WANG, a/k/a WANG BENHUAN, and JANE DOE WANG, and the marital community composed therein,<br><br>        Defendants. | Civil Action No. 2-16-cv-01203-RSL<br><br>ORDER GRANTING DEFENDANTS GOLFBESTBUY INC. AND JONATHAN WANG'S REQUEST TO TRANSFER TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA |

   This matter came before the Court on Defendants GolfBestBuy Inc. and Jonathan Wang's (collectively "Defendants") Second Motion to Dismiss or, in the alternative, request to transfer this case to the United States District Court for the Northern District of California under 28 U.S.C. § 1404(a) (Dkt. ## 24, 45). Having reviewed the Motion and request, all papers filed in support of and in response thereto, and having heard the argument of counsel, the Court makes the following findings:

   1.  Three cases with factual issues, parties, and claims that overlap with the factual issues, parties, and claims in this matter have been consolidated in the United States District

ORDER GRANTING REQUEST TO
TRANSFER – 1

Court for the Northern District of California in Case No. 3:17-cv-00898, *Wang v. Golf Tailor, LLC*.

2. This matter might have originally been brought in the United States District Court for the Northern District of California as Defendants are residents of California and are located in that district.

3. The public and private interests that must be considered in determining whether to transfer this matter under 28 U.S.C. § 1404(a) weigh in favor of transferring this case to the United States District Court for the Northern District of California.

Therefore, being fully advised in the premises, now, it is ORDERED that:

A. For the convenience of the parties and witnesses, in the interest of justice, Defendants' request to transfer this case to the United States District Court for the Northern District of California pursuant to 28 U.S.C. § 1404(a) is GRANTED; and

B. This case is TRANSFERRED to the United States District Court for the Northern District of California.

C. This transfer expressly includes defendant Kingstar Corporation, a/k/a Dongguan City Huanda Sports Equipment Co. Ltd., a Chinese corporation ("Kingstar"). If and when service on Kingstar is completed, Kingstar shall proceed in the United States District Court for the Northern District of California as if this case had originally been filed in that court. Nothing in this Order is intended to require Golf Tailor to restart Hague Convention service on Kingstar.

DATED this 22nd day of June, 2017.

Robert S. Lasnik
United States District Judge

ORDER GRANTING REQUEST TO
TRANSFER – 2

Presented by:

By: *s/Holly M. Simpkins*
William C. Rava, WSBA #29948
Holly M. Simpkins, WSBA #33297
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
Email: WRava@perkinscoie.com
HSimpkins@perkinscoie.com

By: *s/Barrington Dyer*
Barrington Dyer (*pro hac vice*)
Fabio Marino (*pro hac vice*)
**McDermott Will & Emery**
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Telephone: (650) 815-7605
Email: bdyer@mwe.com
fmarino@mwe.com

Attorneys for Defendants GolfBestBuy Inc. and Jonathan Wang

By: *s/Michael G. Atkins*
Michael G. Atkins WSBA# 26026
**Atkins Intellectual Property, PLLC**
113 Cherry Street #18483
Seattle, WA 98104-2205
Telephone: (206) 628-0983
Email: mike@atkinsip.com

Daniel P. Harris WSBA# 16778
John Mansfield WSBA# 27779
**Harris Bricken LLP**
600 Stewart Street, Suite 1200
Seattle, WA 98101-1232
Telephone: (206) 224-5657
Email: dan@harrisbricken.com
john@harrisbricken.com

Attorneys for Plaintiff Golf Tailor, LLC

ORDER GRANTING REQUEST TO
TRANSFER – 3